UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| David Stebbins ) | |
|     Plaintiff/Appellant ) | |
| ) | |
| v. ) | Case No. 24-4992 |
| ) | |
| John Doe (dba "Creetosis") and YouTube LLC ) | |
|     Defendants/Appellees ) | |

### MOTION TO EXPEDITE CONSIDERATION OF MOTION TO RESET BRIEFING SCHEDULE

    Comes now, pro se Appellant David Stebbins, who hereby submits the following Motion to Expedite in the above-styled action.

1.     I have filed a Motion to Reset Briefing Schedule.

2.     The whole point of that motion is to save time on a simple case that doesn't require the standard briefing schedule. As such, if we waited the standard two weeks for the Appellees to file their response, one more week for me to file my reply, and then the typical 4-5 weeks for the Court to finally issue a ruling on the motion to reset briefing schedule, that undermines the whole point of trying to save time.

3.     In light of this, I humbly ask the Court to consider ordering the Appellees to reply to the Motion to Reset Briefing within three (3) business days, for my reply to be due one (1) business day after receiving the response, and then for the Court to consider, on an expedited schedule, the Motion to Reset Briefing Schedule.

    So requested on this, the 15th day of August, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com
