UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| David Stebbins            )<br>    Plaintiff/Appellant   )<br>                           )<br>v.                         )<br>                           )<br>John Doe (dba "Creetosis") and YouTube LLC  )<br>    Defendants/Appellees  ) | Case No. 24-4992 |

### MOTION FOR EXEMPTION FROM HAVING TO FILE PAPER COPIES OF OPENING AND REPLY BRIEF

Comes now, pro se Appellant David Stebbins, who hereby submits the following Motion for Exemption from Having to File Paper Copies of the Opening and Reply Brief.

1. I have submitted my Opening Brief in this action.

2. When the Clerk's Office finally accepts that Brief for filing, it will inevitably direct me to file six paper copies of that same brief with the Court.

3. I am proceeding in forma pauperis, so this is very expensive for me. Fortunately, on July 23, 2024, I spoke on the phone with an employee of the Clerk's Office, who offered me an alternative: Requesting, by motion, an exemption from this requirement. She said this was a routine thing that the Clerk's Office regularly does.

4. I recorded that phone call. Because she worked for a federal government body, and the federal government is a one-party consent jurisdiction, this was legal. Even if California's state laws applied and mutual consent was required, I told her during the call that I was recording it for my own records, and she didn't mind.

5. That said, you can listen to the call by going to the following URL:

https://www.youtube.com/watch?v=QrTpafevEk8.

6. At timestamp 5:30, she told me to file this initially as a Motion to Strike Filing when I file this with ACMS, and that the Clerk's Office will re-file it as a motion for miscellaneous relief. So that is what I am doing.

7. Wherefore, premises considered, I respectfully pray that this Motion for Exemption be granted.

-1-

So requested on this, the 15th day of August, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com
