UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Mr. DAVID ANTHONY STEBBINS,<br><br>  Plaintiff - Appellant,<br><br> v.<br><br>JOHN DOE, DBA Creetosis and YOUTUBE, LLC,<br><br>  Defendants - Appellees. | No. 24-4992<br><br>D.C. No. 4:24-mc-80179-HSG<br>Northern District of California, Oakland<br><br>ORDER |

Appellant's motion (Docket Entry No. 4) to reset the briefing schedule is denied.

Appellant's motion (Docket Entry No. 5) to expedite consideration of the motion to reset briefing schedule is denied as moot.

Appellant's motion (Docket Entry No. 7) for an exemption from having to file paper copies of the opening and reply briefs in granted.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT