| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 30 2024 |
| | MOLLY C. DWYER, CLERK  U.S. COURT OF APPEALS |

| | |
|---|---|
| Mr. DAVID ANTHONY STEBBINS, | No. 24-4992 |
| Plaintiff - Appellant, | D.C. No. 4:24-mc-80179-HSG |
| v. | Northern District of California, Oakland |
| JOHN DOE, DBA Creetosis and YOUTUBE, LLC, | ORDER |
| Defendants - Appellees. | |

The fees for this appeal remain due. Within 21 days, appellant must pay $605 to the district court and file proof of payment in this court or file a motion to proceed in forma pauperis in this court. If appellant does not do so, the court will dismiss this appeal. *See* 9th Cir. R. 42-1.

The clerk will serve a copy of Form 4 on appellant.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT