UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| David Stebbins ) | |
|     Plaintiff/Appellant ) | |
| ) | |
| v. ) | Case No. 24-4992 |
| ) | |
| John Doe (dba "Creetosis") and YouTube LLC ) | |
|     Defendants/Appellees ) | |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Comes now, pro se Appellant David Stebbins, who hereby submits the following Motion for Leave to File Supplemental Brief.

**The District Court's latest orders provide even more contradiction than before.**

1. On December 4, 2024, District Judge Jeffrey White issued a new order, permitting one of my copyright infringement claims against Creetosis to proceed. See **Exhibit A**. The claim that he allowed to proceed was identical in merit to the majority of claims that were dismissed in the instant case: Watching my videos in their entirety and providing minimal commentary on them.

2. I believe that Judge White's decision clashes with the decision in the instant case, and thus the two cases deserve to be juxtaposed. If Judge White allows that claim against Creetosis to proceed, then it's only fair that the other claims against Creetosis – which are identical in merit – should also be allowed to proceed.

3. To expand upon this, I respectfully ask the Court to grant me leave to submit a supplemental brief to argue why this is further proof that Duty Judge Gilliam's order barring filing of the complaint in the instant case was arbitrary and an abuse of discretion.

So requested on this, the 5th day of December, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)
123 W. Ridge Ave., APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com

-1-